## A10A0436. THE STATE v. OUTEN.
### (715 SE2d 782)

DOYLE, Judge.

In *State v. Outen,*[1] we affirmed the grant of a special demurrer. The Supreme Court reversed this Court's opinion in *State v. Outen,*[2] concluding that "there was no appellate jurisdiction in the Court of Appeals."[3]

Accordingly, we adopt the opinion of the Supreme Court, vacate our judgment in this case, and dismiss the appeal.

*Appeal dismissed. Ellington, C. J., and Andrews, J., concur.*

DECIDED AUGUST 10, 2011.

*Kenneth W. Mauldin, District Attorney, Brian V. Patterson, Assistant District Attorney,* for appellant.

*Edward H. Brumby, Jr.,* for appellee.

---

[1] 304 Ga. App. 203 (695 SE2d 654) (2010).

[2] 289 Ga. 579 (714 SE2d 581) (2011).

